1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 MA THERESA PALABY LAL,                     No.  2:23-cv-0330 DB

11                  Plaintiff,                STIPULATION AND ORDER FOR REMAND
                                              PURSUANT TO 8 U.S.C. § 1447(b)
12           v.

13 UR MENDOZA JADDOU, ET AL.,

14                  Defendants.

15

16

17     This is an immigration case in which Plaintiff alleges that Defendants have failed to make a

18 determination on his application for naturalization within 120 days as required by statute.  8 U.S.C. §

19 1447(b).  The parties stipulate to a remand to U.S. Citizenship and Immigration Services with

20 instructions to adjudicate the matter within 90 days of the order of remand.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                              1

Respectfully submitted,

Dated:  April 26, 2023
PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiff

ORDER

Pursuant to the 8 U.S.C. § 1447(b), and the parties' stipulation, this matter is remanded to U.S. Citizenship and Immigration Services for adjudication of the naturalization application within 90 days.

DATED:  April 27, 2023
/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE